UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 15 Cr. 608-16 (KPF) |
| PETER GONZALEZ, | **SCHEDULING ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On April 8, 2020, Defendant Peter Gonzalez submitted a letter motion seeking bail in light of the ongoing COVID-19 pandemic. (Dkt. #418). On April 10, 2020, the Government submitted its opposition to Defendant's motion. (Dkt #421). The Court has carefully considered the parties' submissions and has decided to render an oral decision in the matter. Accordingly, the Court ORDERS the parties to appear telephonically for a hearing on **April 15, 2020, at 11:00 a.m**., at which time the Court will render its decision. The dial-in information for the hearing is as follows: At 11:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:00 a.m.

SO ORDERED.

Dated: April 14, 2020
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge