UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>PETER GONZALEZ,<br><br>　　　　　　　Defendant. | 15 Cr. 608-16 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On April 8, 2020, Defendant Peter Gonzalez submitted a letter motion seeking bail in light of the ongoing COVID-19 pandemic. (Dkt. #418). On April 10, 2020, the Government submitted its opposition to Defendant's motion. (Dkt #421). On April 15, 2020, the Court held a telephonic hearing during which it heard from the parties and rendered an oral decision on Defendant's motion. For the reasons given on the record during the telephonic hearing, Defendant's motion is DENIED. The Clerk of Court is directed to terminate the motion at docket entry 418.

SO ORDERED.

Dated:   April 15, 2020
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge